MYRTLE HUGGINS V. THE STATE.

No. 23440. Delivered November 27, 1946.

The opinion states the case.

*McIntosh & Duncan,* of Gilmer, for appellant.

*Ernest S. Goens,* State's Attorney, of Austin, for the State.

HAWKINS, Presiding Judge.

Appellant was convicted for contributing to the delinquency of a minor, and her punishment assessed at one year in jail and a fine of five hundred dollars.

We find in the record no notice of appeal. The State's motion to dismiss the appeal is granted. See Art. 827 C. C. P.; Herrin v. State, 134 Tex. Cr. R. 296, 115 S. W. (2d) 942; Bailey v. State, 133 Tex. Cr. R. 477, 112 S. W. (2d) 723; Kinney, 110 S. W. (2d) 63.

The State's motion to dismiss is granted, and the appeal is dismissed.